

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2021

No. 04-20-00151-CV

John **PORTERFIELD**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-366
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's reply brief was originally due on December 15, 2020. Appellant's first motion for extension of time to file the reply brief was granted, extending the deadline for filing the brief to January 5, 2021. On January 5, 2021, appellant filed an unopposed motion requesting an additional extension of time to file the reply brief until January 25, 2021, for a total extension of 41 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his reply brief **by January 25, 2021**.

It is so **ORDERED** on January 7, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court